

# THE THIRTEENTH COURT OF APPEALS

## 13-24-00352-CV

JEFFRY G. HERNANDEZ, INDIVIDUALLY AND D/B/A AMERICAN CAB COMPANY,
JAMMGS, INC. D/B/A AMERICAN CAB COMPANY, AND EDWARD LESLEY
v.
JOSE FIGUEROA AND PATRICK FIGUEROA

On Appeal from the
County Court at Law No. 1 of Nueces County, Texas
Trial Court Cause No. 2019CCV-60980-1

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

February 6, 2025